UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LEO POPE,<br><br>Defendant. | No. 2:23-cr-00106-TLN<br><br>**ORDER** |

This matter is before the Court on Defendant Jonathan Leo Pope's ("Defendant") Motion for Early Termination of Supervised Release. (ECF No. 4.) The Government has not filed an opposition. For following reasons, the Court GRANTS Defendant's motion.

Defendant was charged in an indictment with Unlawful Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and Possession of Stolen Firearms in violation of 18 U.S.C. § 922(j) in the United States District Court for the District of Idaho. (*Id.*) He entered a plea of guilty on June 10, 2020, and was sentenced to a term of imprisonment of 46 months, restitution of $5,605, and three years of supervised release. (*Id.*) Defendant's supervised release began on March 24, 2023. (*Id.*) The case was transferred to this district on April 21, 2023. (ECF No. 1.) Defendant filed the instant motion for early termination of his supervised release on September 17, 2024. (ECF No. 4.)

///

"The correct legal standard for deciding a motion to terminate supervised release is set forth in 18 U.S.C. § 3583(e)." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). "The statute provides that, after considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.'" *Id.* (quoting 18 U.S.C. § 3583(e)(1)). Defendant has the burden to demonstrate that early termination of supervised release is justified. *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir. 2006)).

Defendant requests early termination of supervised release based on his good conduct on supervised release for the last 18 months, his sobriety, his need to travel to Nevada for work and family obligations, and the support of his probation officer. (ECF No. 4.) Based on the Government's non-opposition, the support of Defendant's probation officer, and Defendant's exemplary conduct for over a year while on supervised release, the Court finds Defendant has met his burden to show that early termination of supervised release is warranted pursuant to 18 U.S.C. § 3583(e). *Emmett*, 749 F.3d at 819.

Accordingly, Defendant's Motion for Early Termination of Supervised Release is hereby GRANTED. (ECF No. 4.)

IT IS SO ORDERED.

Date: September 20, 2024

Troy L. Nunley
United States District Judge